EDWARD HENRY SHARP, APPELLANT, v. PUBLIC SERVICE RAILWAY COMPANY, RESPONDENT.

Argued February 10, 1932—Decided May 16, 1932.

For the appellant, *Otto A. Stiefel*.

For the respondent, *Henry H. Fryling*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CAMPBELL, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, WELLS, KERNEY, JJ. 11.

*For reversal*—None.